J.C. Patrascioiu
CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1
Tucson, AZ 85701
(520) 884-7777
Fax (520) 620-0921
jcp@curllaw.com
PCC No. 65961, State Bar No. 24836
*Attorneys for Defendant City of Tucson*

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNIFER EVANCHO,<br><br>Plaintiff,<br>v.<br><br>CITY OF TUCSON, a municipal corporation; PIMA COUNTY, a political subdivision of the State of Arizona; JAN LESHER, in her official capacity as Pima County Administrator; STEVE KOZACHIK, in his official capacity as Director of Pima Animal Care Center; DOES 1 through 10, in their individual and official capacities as Animal Control Officers, Supervisors, and employees of the City of Tucson and/or Pima County responsible for the seizure, detention, and threatened destruction of Sergeant Snuggles,<br><br>Defendants. | CASE NO: 4:26-CV-00363-RM<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT CITY OF TUCSON**<br><br>Hon. Rosemary Marquez |

Attorney J.C. Patrascioiu, following LRCiv 83.3(a), hereby notifies the Court that he is appearing as attorney of record for Defendant City of Tucson.

DATED: August 18, 2026

CURL, GLASSON & PATRASCIOIU, P.L.C.

By: /s/ *J.C. Patrascioiu*
J.C. Patrascioiu
*Attorneys for Defendant City of Tucson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William B. Thomas
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
william.thomas@mhllp.com
*Attorneys for Plaintiff*

Christina E. Ponig
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
cmaccio@fletcherheld.com
*Attorneys for Plaintiff*

/s/ *SJP*

CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1, Tucson, AZ 85701
(520) 884-7777 ❖ Fax (520) 620-0921
www.curllaw.com