**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Tyler Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.OBrien@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorneys for Defendant Pima County*

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer Evancho,<br><br>Plaintiff,<br>vs.<br><br>City of Tucson, et al.,<br><br>Defendants. | No. 4:26-cv-00363-RM<br><br>**PIMA COUNTY'S OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF AND MOTION FOR EXPEDITED CONSIDERATION**<br><br>**AND**<br><br>**NOTICE OF JOINDER IN DEFENDANT CITY OF TUCSON'S OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF AND MOTION FOR EXPEDITED CONSIDERATION** |

Defendant Pima County opposes Plaintiff's Application for Preliminary Injunctive Relief and Motion for Expedited Consideration ("Application"). [Doc. 4.] For the reasons

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

set forth in Pima County's Motion to Dismiss [Doc. 10], incorporated here by reference, Plaintiff's Complaint should be dismissed in its entirety under Fed. R. Civ. P. 8, 12(b)(1) and 12(b)(6). Necessarily, then, Plaintiff's related Application must fail.

Pima County also gives notice of its joinder in Defendant City of Tucson's Opposition to Application for Preliminary Injunctive Relief and Motion for Expedited Consideration. [Doc. 9.] Pima County incorporates by reference the arguments set forth therein and joins the City of Tucson in their request that the Court deny Plaintiff's Application for Preliminary Injunctive Relief and Motion for Expedited Consideration in its entirety.

RESPECTFULLY SUBMITTED August 25, 2026.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By/s/: *Tyler Campman*
Tyler Campman
Rebecca O'Brien
Deputy County Attorneys

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William B. Thomas
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
william.thomas@mhllp.com
Christina E. Ponig (Admitted Pro Hac Vice)
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
cmaccio@fletcherheld.com
*Attorneys for Plaintiff*

J.C. Patrascioiu
CURL, GLASSON & PATRASCIOIU, PLC
485 S. Main Ave., Bldg. 1
Tucson, AZ 85701
jcp@curllaw.com
*Attorneys for Defendant City of Tucson*

By: */s/ Melanie Mosier*