# EXHIBIT K

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

Animal Description
[ACTIVE] SARGEANT SNUGGLES (RED) BR

Activity Address:
[redacted]

Geo Code: 2T

Jurisdiction: TUC

Activity Comment:
2500N: 10-25 TFD on scene Engine #21 no contact number

B25-058907

Caller Information: P246690
TFD FIRE,
0 ,

Owner Information: P120449
JENNIFER EVANCHO, [redacted]
[redacted]

Officer:
P993438 SAUERBREIT

Call Taker:
MCADENA

Result Codes:
2 MC 1 EDUC 1 COMP

| Dispatch Date: | Working Date: | Complete Date: | Response Time: |
|---|---|---|---|
| 10/11/25 03:16 PM | 10/11/25 06:20 PM | 10/11/25 06:52 PM | 4D 04:15 |

**Memo:**

10/07/2025 NOTE
10/07/25 07:26

TFD requesting response to listed address reference a large brindle dog biting a 68 year old female. Fire is standing by for our response.

3263

10/07/2025 NOTE RESTRICTED

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

10/07/25 16:37

We, Officer Estrella #3298 and Officer Mills #3424 arrived at [redacted]. in reference to an assist Fire Department.

Upon arrival we met with Fire Department still on scene in front of the residence, truck #21 case #2500080748, we spoke with the captain. The captain stated:

- That a 68-year-old woman was transported to St. Joesph Hospital on 350 N. Wilmot Rd. Tucson after a dog attack.
- That the dog was confined in a high horse fenced yard on the property.
- That there was a very ill-looking dog in the house that was not apart of the dog attack on Clara.

We thanked the Fire Department, and they cleared scene.

We observed a large male Anatolian Shepard brown brindle/white walking the fence line confined in what appeared to be a horse pasture enclosure on the east side of the property. We observed the dog to be healthy weight, QAR, with no visible injuries or illness. We observed the dog had blood spots on front chest and legs.

We relocated to the front entrance of the house and were met by Jennifer Evancho DOB: [redacted], ([redacted]) (P120449), the daughter of the victim. She stated:

- That her mom: Clara Gastelun DOB: [redacted], ([redacted]) was the 68-year-old woman that was attacked this morning by her dog "Sargent Snuggles" who is approximately 1 years old male intact brindle/ white Anatolian Sheperd.
- That her dog was on a tie-out on the front patio and her other Anatolian Sheperd "Kioki" was out in the east side fenced yard.
- That Kioki was currently in heat and that they been trying to keep her and the male dog separated.
- That her mom went outside on the patio walking towards the grass helping another older dog.
- That she did not see what happened but as her mom was walking past the male dog on the tie-out, the dog attacked her mom.
- That she was inside when all this happened but heard screaming coming from outside and ran to help her mom approximately 07:20 hours this morning.
- That she believed she stopped the attack when she came out of the house and screamed at the dog.
- That the male dog was no longer attacking her mom and her mom was screaming in the front lawn area holding her head when she exited her residence.
- That she observed her mom suffered multiple injuries from her male dog.
- That the wounds included her head, left arm, and groin area.
- That she called 911 and the fire department showed up.
- That her mom was transported to Saint Joesph's Hospital in an ambulance.
- That she had confined the male dog to the fenced area on the east side and confined the female dog in the house.
- That her dogs have never acted aggressive towards anyone but are guardian dogs who behave territorial and believed that since the female dog was in heat that caused her male dog to attack.
- That her dogs are up to date on vaccines and see Dr. Hutchenson at Pegasus Veterinary hospital (520-296-0480).
- That she hasn't neutered the male dog because she was told to wait till the dog was over a 1-year-old since he is a large breed dog.
- That she had a ring camera that was able to see some of the incident but not the actual attack.

We asked Jennifer if we could see the ring camera footage, she willingly agreed to share them with us. Officer Mills observed on the ring camera footage taken at approximately 06:54 hours of Clara walking from the front patio to the front lawn. Another footage was taken after 06:54 hours where Officer Mills observed Clara walking back to the house from the lawn and once Clara got to the patio, she was out of camera range and that was where the attack happened. Officer Mills couldn't visually see the dog attack, but the audio was her screaming and the sound of the dog attacking her. The audio lasted approximately 30

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

seconds of the actual attack and the remainder of the footage showed Clara screaming and running back to the lawn holding her head to get away from the dog and Jennifer coming out and yelling at the dog to stop.

We observed:
- That on the patio there were multiple spots of blood and a flip flop with spots of blood splatter
- That the patio was wet from someone hosing down the patio with water where the attack happened.
- That there were several dog diapers on the front patio and one dog diaper had a large portion of human hair attached to pieces of scalp.

We educated and warned Jennifer of the laws in Pima/Tucson of tie-outs. Jennifer stated she understood. We further educated her that we were informed by the Fire Department that there was an ill-looking dog living at the residence and we needed to do a welfare check on the dog. She stated she understood and willingly brought out her dog. She stated:

- That he is a 15-year-old intact male blue merle Australian Sheperd named “Rally”.
- That he is unable to walk due to spinal issues and arthritis.
- That the dog is currently on medication “Prednisone” and has been seen multiple times by her veterinarian.

We observed the dog Rally:

- Having a BCS: 3/9.
- Being Recumbent and unable to use hind limbs.
- Having severe muscle atrophy in both hind limbs.
- Having one eye that was cloudy with a possible genetic defect.
- No signs of bed sores or scalding.

We educated Jennifer that from our observation of Rally the welfare check follows regulations and we would be looking into his medical record to confirm.

We educated Jennifer that Sargent Snuggles will need to go to PACC for a precautionary 10-day quarantine. We went over the Quarantine Transport Agreement form. Jennifer understood and willingly signed. She was provided with her carbon copy with the date and time to redeem her dog.

Jennfier had no further questions at this time.

Jennifer was willing and able to walk Sargent Snuggles on a leash to the PACC truck and assisted us get Sargent Snuggles on the PACC truck, with no incident.

We transported the dog to PACC with no incident.

We contacted Pegasus Veterinary Center and spoke to a vet staff member to get medical records of Rally and vaccine information on Sargent Snuggles. They agreed to send them via email to Officer Mill’s County email.

Officer Mills received emails from Pegasus Veterinary Center indicating that Sargent Snuggles is up to date on vaccines and Rally’s full medical record. After reviewing the medical record on Rally, we conclude that he is receiving adequate end of life care.

Resetting call: Victim’s statement at hospital

3424/3298

10/07/2025 NOTE RESTRICTED

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

10/07/25 16:44

We, Officer Estrella #3298 and Officer Mills #3424 arrived at Saint Joseph's Hospital at 350 N. Wilmont Rd in reference to an investigate bite complaint.

We met with hospital staff that Clara was admitted to and was in room #1402 on the 4th floor.

We relocated to room #1402.

We announced our presence to a man in the room with Clara and that we were PACC Officers checking on Clara and here to get a statement from her of what happened. We educated the man we would come back tomorrow since Clara is resting and incoherent at this time to give a statement.

The man stated he understood and stated he was Clara's brother.

(Mike Garcia) [redacted] ) DOB: [redacted]
Mike stated:

- That he was there staying in the hospital looking after her.
- That the hospital staff is still trying to control the bleeding.
- That she was awake earlier and spoke of the incident.
- That she was scheduled to have some type of surgery in a couple hours.
- That the dog has never done this before to her that he is aware of.
- That he was questioning what could have led the dog to attack her and if we knew why.

We provided Mike with PACC Dispatch #, our Badge #'s, and the Activity #.

We observed Clara in the hospital bed incoherent. Her head was bandaged with only her eyes, nose, and mouth exposed. She had full bandages around her left arm. Currently, we deem this to report as a level 4 bite, (multiple bite wounds, excessive bleeding, pieces of scalp missing). Once we can get the victim's statement, we will be able to confirm a bite level.

We cleared scene.

Resetting call: Victim's statement

3424/3298

10/09/2025 NOTE RESTRICTED

10/09/25 17:12 call set as must get to collect bite victim statement and to issue bond to owner. 3276

10/10/2025 NOTE RESTRICTED

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

10/10/25 21:28

Arrived at [redacted]. in response to a bite call. Made contact with Jennifer Evancho and her husband. Jennifer advised her mother, Clara Maldonado, did not reside at the address. She also advised that no one had taken pictures of Clara's injuries.

I asked Jennifer if she wanted to redeem Snuggles which she confirmed she did. I informed her that PACC did not want Snuggles to return home and bond paperwork was very likely being issued on him. I provided Jennifer with the bond amount for Snuggles which was $1,325. She provided Clara's home address, and I cleared scene.

I then arrived at [redacted]. and made contact with Clara Maldonado. I informed Clara I was at the address to obtain her statement and take pictures of her injuries. I asked if she was comfortable recounting the event and photographing her injuries at that time. She stated yes.

Clara stated the following:

*The bite incident occurred at [redacted].
*The bite incident occurred on 10/07/25 during early morning hours (could not specify exact or approximate time).
*There were three dogs at the address:

-Snuggles, a brown/white, male Anatolian Shepherd
-Rally, a black/white, male Australian Shepherd
-Kioki, a white-colored, intact female Anatolian Shepherd

*Rally had medical issues and required being carried to go outside.
*Snuggles was on a tie out on the front porch at the time of the incident.
*Kioki was inside the house at the time of the incident.

*She carried Rally to the front yard for a break.
*She had already passed by Snuggles on the tie out several times at that point.
*She walked past Snuggles when she was going back into the house.
*She petted Snuggles on the head several times and called him a good boy while she was on the porch.
*Snuggles then latched onto her left arm and bit her several times.
*Snuggles knocked her to the floor.
*Snuggles began biting her head several times but did not latch on.
*She tried pushing Snuggles off by pulling on the tie out away from her.
*She was able to run away from Snuggles at that point.
*She was bleeding heavily from her head.
*Jennifer came out and placed Snuggles in a different location.
*Snuggles seemed normal after the incident.

*She was transported to a hospital by EMS.
*She underwent plastic surgery on her scalp to repair it.
*She had a large amount (did not know amount) of staples on her head, face, and scalp.
*She had many stitches on her left arm including several deep puncture wounds.
*She had many stitches in her right groin area.
*Her groin injury was one large laceration that she believed was from a scratch and not a bite.
*She did not recall how she was injured in her groin area and did not believe Snuggles bit her there.

*She did not want to be around Snuggles anymore.
*She would not return to Jennifer's house if Snuggles returned.
*She was worried for Jennifer's kids if Snuggles returned.

I advised Clara that a decision for Snuggles would be made after all evidence was collected. Clara gave me permission to photograph all her injuries. I provided her with the case/bite numbers, PACC dispatch number, EPI number, and my

**Activity Report**

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

name/badge number. She did not have questions.

Due to Cham issues, I was unable to upload bite photos. I sent the photos to Sgt. Gurrola and Gagnon via text and will reattempt at another time.

Resetting call to dog owner's address.

3167

10/11/2025 NOTE RESTRICTED

10/11/25 11:30

(Addendum to previous note)

I mistakenly referred to Clara Gastelum as Clara Maldonado in my report.

3167

10/11/2025 NOTE RESTRICTED

10/11/25 18:50

We, Officer Sauerbreit #3438 and Jacobus #3369, responded to a call for Investigate Bite at [redacted]. Upon arrival, we met with bite dog owner Jennifer Evancho and her husband and explained to her the bond form. We explained to her that paying the bond would allow her to have an OSC hearing and failure to do so would result in forfeiture of her dog to PACC. Jennifer asked, "is there anyone we can talk to, because he's a nice dog?" and then her husband interrupted her and stated "that's what the hearing is for." We advised Jennifer that she would be able to have a lawyer and/or witnesses present at the hearing. Jennifer stated she understood and signed the bond form willingly. We provided her with her carbon copy and cleared the scene.

#3369

10/13/2025 NOTE RESTRICTED

10/13/25 15:07 case re-opened to re-issue bond.

3276

10/13/2025 NOTE RESTRICTED

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

10/13/25 17:25 Jennifer came in and asked to speak with APS about the bond for Sgt. Snuggles. Jennifer brought her behaviorist.Vanya A. Moreno, with her to vouch for the corrective action they were looking to take if we would release Sgt. Snuggles back into their custody. I met with the pair in a counseling room and advised that I would need to re-issue the bond, as the previous form had been incorrect. I presented the bond form to Jennifer and advised that we would be bonding Sgt. Snuggles due to being a risk to public safety. That if she wished to contest the bond, she could pay a fee of $1,325.00 to have an OSC hearing scheduled. That she did not have to pay the fee, but that if she did not, the dog would become PACC property. That she had 10 buisness days, until 10/27/25, to pay the bond fee. Jennifer willingly signed and recieved her carbon copy.

Jennifer then stated:

That Sgt. Snuggles was just protecting their family.
That her mother had hit Sgt. Snuggles on the head, and it startled him.
That she was willing to have a partial pulpectomy performed on Sgt. Snuggles.
That she wanted Sgt. Snuggles back.
That they were aware of how serious the bite injuries were.
That she wanted to know if I thought they could win an OSC hearing.

I advised that I could not speculate on the case, but that PACC did not normally bond animals if we were not confident in our case. She asked if owners normally brought behaviorist and behavior modification plans to court and I advised I had not seen it, and that it was something they could present to a judge during a hearing. Vanya asked if I could have Sgt. Snuggles placed on Gabapentin. I advised that I would request it for her. They stated that they wanted to pay the bond fee at that time, and I directed them towards the licensing desk.

Closing call.
3276

10/13/2025 NOTE RESTRICTED
10/13/25 17:49 addition to previous memo...

In my training through CATCH Canine Trainers Academy, as well as my training as an Animal Care Field Officer and Investigator, I do not believe that dental disarming in dogs is a humane or safe solution for dogs with behavioral challenges. Due to this, I conducted research into the opinions and finding of veterinarians. I located an article, "Cutting, Reduction, or Removal of Healthy Teeth in Dogs" published in 10/01/2021 on the website for the the Canadian Veterinary Medical Association, url
https://www.canadianveterinarians.net/policy-and-outreach/position-statements/statements/cutting-reduction-or-removal-of-healthy-teeth-in-dogs/#:~:text=stated%20in%20CVMA's%20position%20statement,by%20the%20American%20College%20of. I observed the following findings in the article:

"The CVMA is opposed to veterinarians reducing or removing healthy teeth in puppies and dogs for non-medical reasons such as a proposed solution to unwanted biting behaviours. Reduction or removal of teeth will not prevent a dog from causing injury to a human (4, 5) and does not address the underlying cause for the biting behaviour."

"In some situations, inappropriate biting behaviour cannot be modified or managed to the point that a safe and secure environment is created for the dogs' guardians, other animals, and the public. If no safe and trustworthy solution can be found that allows the dog to experience the 5 freedoms (10), then euthanasia should be advised."

3276

11/02/2025 NOTE
11/02/25 14:50 Per prosecutor Roni Byrne, due to the dog owner having retained legal counsel, we are NOT to reach out to them. In addition, if the owner comes to PACC for any reason, we are unable to speak with her due to her having legal counsel.

3276

04/08/2026 NOTE RESTRICTED

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

04/08/26 14:02

P660021 - Clara Gastelun called in regards to A882633 Sargeant Snuggles and bite B25-058907. This woman keeps calling us because she states she wants to fight us putting the dog down for this. She is wanting to know who she can contact and where she can go to get this overturned. She said she has spoken with the City Attorney and they stated that PACC makes the decision.

email sent to APS leadership per Team lead Shein stating above

3447

Photos:



Uploaded by CESTRELL

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

Photos:



Uploaded by CESTRELL

Photos:



#3424 Mills

Pima Animal Care Center
4000 N. Silverbell Rd • Tucson, Az 85745
(520) 724-5900 • Fax (520) 724-5960
www.pima.gov/animalcare

PIMA COUNTY
ANIMAL CARE

**QUARANTINE TRANSPORT AGREEMENT**

I, ________________________, being the owner of the animal listed in Pima County Animal Care's bite case# ________________ request permission to deliver such animal to PACC or ________________ by ________________ hours on ____/____/____. If I should desire to have my animal quarantined at a veterinary hospital and fail to do so, I understand that under Arizona Revised Statutes, Pima County Animal Care has the authority to come upon my property and seize the animal for the requested ______ day observation period. I agree to hold Pima County and Pima County Animal Care harmless for any and all acts the animal might commit before it is delivered. I also agree to keep the animal in strict isolation and securely confined while the animal is still in my possession.

OWNER'S SIGNATURE OFFICER'S BADGE NO.

Activity number: A25-375923
Quarantine release date: 10/17/25
Animal ID number: A832633, Name: Sargeant Snuggles, Breed: Anatolian Shepherd, Sex: M

**I WILL REDEEM** this animal on the release date at the Pima Animal Care Center and will pay all pound fees due. I understand that my animal may be euthanized if not redeemed by 5:00 pm on the quarantine release date.

OWNER'S SIGNATURE — DATE 10/17/25 12:00pm — OFFICER'S BADGE NO. 3424 / 3298

**I AM THE OWNER OF THE ABOVE DESCRIBED ANIMAL AND WILL NOT REDEEM** this animal . I understand my animal may be euthanized after the quarantine period.

OWNER'S SIGNATURE — DATE — OFFICER'S BADGE NO.

Uploaded by CESTRELL

# Activity Report

| Activity Number: | Activity Type: | Activity Date: | Priority: | Total Animals: | Animal Type: |
|---|---|---|---|---|---|
| A25-375923-5 | INV/BITE | 10/07/25 02:05 PM | 2 | 1 | DOG |

Photos:



PIMA COUNTY
ANIMAL CARE CENTER

Pima Animal Care Center
4000 N. Silverbell Rd • Tucson, AZ 85745
520-724-5900 • Fax 520-770-4183
pima.gov/animalcare

**IMPOUNDMENT AND BOND NOTICE**

Animal Owner: Jennifer Ewancho
Field Services Officer: J. Jacobus #3369
Jurisdiction: Tucson
Case #: A25-375923
Impoundment Date: ~~10/10/~~ 10/7/25 #3369
Page: 1 Of: 1

On the date shown above, the below-described animal(s) was (were) impounded by Pima Animal Care Center pursuant to Tucson City Code Section 4-10 ☒ Pima County Code Section 6.04.130 ☐; South Tucson Code Section 3-11 ☐. The animal was impounded because the Animal Care field services officer found the animals in distress ☐; in danger ☐; vicious/dangerous/destructive ☐; a danger to the safety of any person or other animal ☐. Our records show that you may be the owner of this animal(s).

**If you take no action on this Notice, your animal(s) will be deemed forfeited (permanently taken away from you) to the Pima Animal Care Center.**

If you want to have an Order to Show Cause (OSC) Hearing in court to contest the impoundment and forfeiture of the animal(s), Tucson Code Section 4-11 ☒; Pima County Code Section 6.04.140 ☐; South Tucson Code Section 3-11(g) ☐ requires that you must post a bond at Pima Animal Care Center ☐, 4000 N. Silverbell Rd., for an amount equal to:
☐ twenty (20) (City of Tucson) days; ☐ fifteen (15) (Pima County & South Tucson) days of impoundment.

**BOND AMOUNT REQUIRED:**
**City of Tucson $** 1,325.00 **Pima County $** ________ **City of South Tucson $** ________ The bond must be posted within ten (10) days of your receipt of this notice. **If you do not post bond within ten (10) days from receipt of this notice, the animal(s) will be deemed forfeited to Pima Animal Care Center, to be placed by adoption in a suitable home or humanely euthanized, and the OSC Hearing will not be held.**

If you post the required bond, within ten (10) days of your receipt of this notice, an OSC Hearing will be held at Tucson City Court ☒; Pima County Justice Court ☐; South Tucson City Court ☐. Notice of the date and time of the OSC Hearing will be mailed to you. At the OSC Hearing, the court will determine if the animal(s) was (were) in distress or in danger or is (are) vicious, destructive or dangerous, or is (are) a danger to the safety of any person or other animal and whether your animal(s) is (are) to be forfeited to Pima Animal Care Center or returned to you. **If you fail to appear at the hearing, your animal(s) will be forfeited to the Pima Animal Care Center.**

**You have the right to present witnesses and be represented by an attorney at the OSC Hearing.** For cases in Tucson City Court, Tucson City Code Section 4-11 (A) (4) and (5) provides that, not later than ten (10) days before the hearing, you have the right to receive from the City disclosure of witnesses and evidence to be presented in court, and that, not later than five (5) days before the hearing, you are required to disclose to the City your witnesses and evidence to be presented in court. For cases in Pima County Justice Court or South Tucson City Court, you have the right to receive such disclosure, if you request it.

**YOUR ANIMAL MAY BE HUMANELY EUTHANIZED IF FORFEITED TO PIMA ANIMAL CARE CENTER**

Hand Delivered Notice: Received: [signature] (owner's signature) Date: 10/11/25

Notice Sent By Certified Mail: Date ________

**If you want to voluntarily and permanently relinquish the animal(s) without a hearing, check the appropriate box below, and sign and return this form to Pima Animal Care Center.**

☐ **I will not redeem the animal(s) described below and authorize Pima County Animal Care Center to dispose of the animal, as prescribed by the law.**

☐ **I do not own the animal(s) described below.**

Signature: ________ Date: ________

☐ Kennel Card Number: A882633 Name: Sargeant Snuggles
Bite: ☒ Yes ☐ No Sex: ☒ M ☐ F Breed: Anatolian Shepherd Color: BRN Brindle/WH
License Number: ________ Year: ________ ID Tag: ________

**If you have questions or require information, please contact PACC's Licensing Department at 520-724-5969.**

Uploaded by JJACOBUS