# EXHIBIT L

# Behavior Information

"Some information on this report is technical (for staff use) and some observations were made while the animal was under stress. Please ask a counselor if you have any questions."

**Animal ID #** A882633 **Animal Name:** **Kennel No:** [redacted]

**(b) Staff has Observed:** 10/07/2025 RED

Did not fast track in admissions due to being a current biter

In admissions, vaccinated on truck. Tolerated ketch pole restraint, walked on ketch pole to kennel. Calm, unknown if dog reactive. Did not attempt to bite staff during vaccinations. Very nervous and scared.
Red

3234

**Intake Template**