# EXHIBIT M




Animal ID: **A882633** Gender: **Male** Weight: **110.00 LBS**

Age: 1Y 10M

## How I came to PACC:



Ask about fostering

**Need time to think?**

Take one, so you'll know how to find me!

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER

Name:
ID: A882633
Chip #: 04265
[redacted]
PIMA COUNTY PIMA ANIMAL CARE CENTER