# EXHIBIT N

Pegasus Veterinary Center

W: (520) 296-0480 - F: (520) 844-9111 - pegasusvetcenter@gmail.com
http://www.pegasusvetcenter.com/
https://www.facebook.com/PegasusVet

## Vaccination Record for Sargent Snuggles Evancho - Jennifer Evancho

**Patient's Current Highlights**

| | |
|---|---|
| Client | Jennifer Evancho (*P: : [redacted] |
| Patient | Sargent Snuggles Evancho (Male - 1 year 6 months) |
| Breed | Canine - Anatolian Shepherd |
| Status | Active |
| Weight | 117 LBS (53.0709KG) |
| Color | Fawn and black |
| Last Activity | 8/5/2025 |

**Vaccination Record**

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 8/5/2025 | Distemper Combination Vaccine \| (3yr) | | 45786AH61 | 8/5/2028 | Pegasus Veterinary Center | Michael D. Hutchison, DVM, Primary Veterinarian |
| 8/5/2025 | Rabies Vaccine \| (3yr) | 25846 | 18613 | 8/5/2028 | Pegasus Veterinary Center | Michael D. Hutchison, DVM, Primary Veterinarian |