# EXHIBIT O

PIMA COUNTY ANIMAL CARE

# Pima Animal Care Center

K25-496095

## MEDICAL HISTORY



| NAME | ANIMAL ID |
|---|---|
| | **A882633** |
| | WEIGHT |
| | **110.00 LBS** |
| COLOR | ESTIMATED DATE OF BIRTH |
| **BR BRINDLE / WHITE** | **10/07/2024** |
| SEX | AGE |
| **MALE** | **1 YR/10 MOS** |
| MICROCHIP **956000017804265** | |

### VACCINATIONS

| DATE | MANUFACTURER | EXPIRATION DATE |
|---|---|---|
| 10/7/25 | | |

INB 00541518A NOBIVAC 20SEP26

DHPP 02120216 NOBIVAC 31JUL26

RABIES 807379 NOBIVAC 20AUG26

### SPAY/NEUTER

| DATE | VISIT TYPE | COMPLETED BY | TREATMENT NO. |
|---|---|---|---|

### TREATMENTS/VACCINATIONS (Recorded by the Pima Animal Care Center)

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 10/07/2025<br>Weight: 110.00 | **INTERNAL / ADMISSION** | NORMAL | | T25-014739 |

Medication INB 00541518A

Medication DHPP 02120216

Medication RABIES 807379

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 10/07/2025<br>Weight: 110.00 | **INTERNAL / OTHER** | ABNORMAL | SHELTER STRESS | T25-014744 |

#110

Trazodone 2.00 mg BID x 14 days

3234

Medication 2.00 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 10/07/2025<br>Weight: 110.00 | **INTERNAL / OTHER** | ABNORMAL | SHELTER STRESS | T25-020295 |

#110

Gave 600 gaba in cheese ball. Did consume.

3276

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 10/13/2025<br>Weight: 110.00 | **INTERNAL / ADMISSION** | NORMAL | | T25-020300 |

Gave 600 gaba in cheese ball. Did consume

3276

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 10/21/2025<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T25-024625 |

Continuing Traz - Stable - Evaluate in 14 Days

Medication 2.00 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

**TREATMENTS / VACCINATIONS** (Recorded by the Pima Animal Care Center)

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 11/04/2025<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T25-036661 |

continue traz while in isolation. 2000

Medication 2.00 TRAZODONE 2.00 TIMES/DAY FOR 20.00 DAYS

| | | | | |
|---|---|---|---|---|
| 11/24/2025<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T25-058084 |

Cont Trazodone. Up dose to 350 mg BID x 15 days per 3428 due to behavior in kennel.

3448

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 15.00 DAYS

| | | | | |
|---|---|---|---|---|
| 12/09/2025<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T25-067317 |

Cont Traz 350 mg BID x 15 days

3435

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 15.00 DAYS

| | | | | |
|---|---|---|---|---|
| 12/24/2025<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T25-078189 |

Continue Trazodone 350 mg BID x 14 days

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| | | | | |
|---|---|---|---|---|
| 01/05/2026<br>Weight: | **INTERNAL / TRIAGE** | NORMAL | | T26-088762 |

01/05/26 14:15
Per staff members patient appears quieter/lethargic overall compared to normal, concern for bloat ; on TDL for "seemed lethargic in kennel, not acting like himself 3307"

Oral sedation:
-- 600mg gabapentin: 2 capsules po BID
-- 300mg trazodone po

Sedation:
-- 0.5mg/mL dexmedetomidine: 0.8mL IM; addl 0.4mL IM
-- 10mg/mL hydromorphone: 0.5mL IM

BAR, stable. Sedated examination: BCS 6/9 with good overall musculature. Pink mm, CRT 1-2s. Mild grade 2/4 dental disease. OU wnl. AU wnl. Cardiac/resp ausc wnl. Abd palpation: unremarkable overall. Intact male - both testes descended and palpate wnl. Gait wnl prior to sedation.

Radiographs (thorax, abdomen): mod/marked gastric distension (ingesta/digesta), otherwise unremarkable, thorax wnl

CBC: mild basophilia (0.14K/uL); thrombocytopenia (50K/uL)
Manual blood smear: irregular platelet clumps
Chem10/lytes: wnl

4DX: Slight positive for HWD; neg for ehrlichia, lyme and anaplasma
VF titer: pending
HW confirmatory to idexx: pending

All nails trimmed
Admin 1000mL LRS SQ
Admin 5mg/mL antisedan: 1.2mL IM; addl tx pending addl lab results. MB

| | | | | |
|---|---|---|---|---|
| 01/07/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-087845 |

Continuing Traz - Stable - Evaluate in 14 Days

**TREATMENTS / VACCINATIONS** (Recorded by the Pima Animal Care Center)

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 01/10/2026<br>Weight: | **INTERNAL / TRIAGE** | ABNORMAL | OTHER | T26-093185 |

Heartworm Antigen by ELISA
a
NEGATIVE
Coccidioides IgG Antibody
NEGATIVE
Coccidioides IgM Antibody
NEGATIVE
Immunodiffusion Titer
NOT INDICATED
a.
A negative result on a Heartworm Antigen by ELISA in a dog with a positive result on a SNAP Heartworm RT or SNAP 4Dx Plus is inconclusive. If heartworm infection is suspected, a Heartworm Antigen by ELISA with Heat Treatment (test code 7232) should be considered prior to treatment. Heat treatment aids in the detection of heartworm antigen in an infected dog when immune complexes are present.?A positive result following heat treatment is consistent with the presence of immune complexes blocking the detection of heartworm antigen.

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 01/21/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-100183 |

Continue Trazodone 350 mg BID x 14 days

3435

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 02/04/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-109369 |

continuing traz; evaluate in 14 days

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 02/18/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-120708 |

cont. traz

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 16.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 03/06/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-129664 |

Continue Trazodone 350mg BID x 14 days

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 03/20/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-138198 |

continue trazodone 350mg bid x 14 days

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 04/01/2026<br>Weight: | **INTERNAL / TRIAGE** | ABNORMAL | SHELTER STRESS | T26-146665 |

Patients APS hold extended due to becoming more stressed/anxious
Starting on Gabapentin 1000 mg PO BID x 30 days already on trazodone
3048/JLW

Medication 1.00 GABAPENTIN 600MG 2.00 TIMES/DAY FOR 30.00 D

Medication 1.00 GABAPENTIN 400MG 2.00 TIMES/DAY FOR 30.00 D

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 04/03/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-146955 |

Continue traz

Medication 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS

**TREATMENTS / VACCINATIONS** (Recorded by the Pima Animal Care Center)

| DATE | TYPE / REASON | | | TREATMENT NO. |
|---|---|---|---|---|
| 04/17/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-157220 |
| | Continue traz | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 05/01/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-164998 |
| | Continue traz | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 05/15/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-174512 |
| | Continue traz | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 05/15/2026<br>Weight: | **INTERNAL / TRIAGE** | ABNORMAL | SHELTER STRESS | T26-175694 |
| | Reordering Gabapentin 1000 mg PO BID x 60 days for shelter stress (very stressed in kennel) | | | |
| | Medication | 1.00 GABAPENTIN 600MG 2.00 TIMES/DAY FOR 60.00 D | | |
| | Medication | 1.00 GABAPENTIN 400MG 2.00 TIMES/DAY FOR 60.00 D | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 06/12/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-194426 |
| | Continue traz | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 06/26/2026<br>Weight: | **INTERNAL / EVALS** | ABNORMAL | SHELTER STRESS | T26-200177 |
| | cont traz.00 | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 07/10/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-207257 |
| | continue traz 350 mg BID x 14 days<br><br>3479 | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 07/22/2026<br>Weight: | **INTERNAL / TRIAGE** | NORMAL | | T26-215083 |
| | Medication | 1.00 GABAPENTIN 600MG 2.00 TIMES/DAY FOR 30.00 D | | |
| 07/24/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-214529 |
| | Continue Traz<br><br>350mg BID x 14 days | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 08/07/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-222250 |
| | Continue traz | | | |
| | Medication | 3.50 TRAZODONE 2.00 TIMES/DAY FOR 14.00 DAYS | | |
| 08/18/2026<br>Weight: | **INTERNAL / EVALS** | SHELTER STRESS | SHELTER STRESS | T26-229181 |
| | cont traz | | | |
| | Medication | 3.50 TRAZODONE 100MG 2.00 TIMES/DAY FOR 18.00 DA | | |
| | Medication | 10.00 GABAPENTIN 100MG 1.00 TIMES/DAY FOR 3.00 D | | |
| | Medication | 1.00 GABAPENTIN 600MG 2.00 TIMES/DAY FOR 3.00 DA | | |

If you or your veterinarian have any questions about the medical treatment your pet has received, please contact our Clinic Staff at (520) 724-5939.

For any other questions, please contact the Pima Animal Care Center via:


**MAIL:** 4000 N. Silverbell Rd
Tucson, AZ 85745

**PHONE:** (520) 724-5900
**FAX:** (520) 724-5960