# EXHIBIT P

PIMA COUNTY
ANIMAL CARE

Pima Animal Care Center
4000 N. Silverbell Rd • Tucson, Az 85745
(520) 724-5900 • Fax (520) 724-5960
www.pima.gov/animalcare

# QUARANTINE TRANSPORT AGREEMENT

I, ______________________, being the owner of the animal listed in Pima County Animal Care's bite case# ____________ request permission to deliver such animal to PACC or ______________________ by ______________ hours on ___/___/___. If I should desire to have my animal quarantined at a veterinary hospital and fail to do so, I understand that under Arizona Revised Statutes, Pima County Animal Care has the authority to come upon my property and seize the animal for the requested _____ day observation period. I agree to hold Pima County and Pima County Animal Care harmless for any and all acts the animal might commit before it is delivered. I also agree to keep the animal in strict isolation and securely confined while the animal is still in my possession.

______________________ OWNER'S SIGNATURE

______________________ OFFICER'S BADGE NO.

---

Activity number: A25-376928
**Quarantine release date:** 10/17/25
Animal ID number: A882633, Name: Sergeant Snuggles, Breed: Anatolian Shepherd, Sex: M

**I WILL REDEEM** this animal on the release date at the Pima Animal Care Center and will pay all pound fees due. I understand that my animal may be euthanized if not redeemed by 5:00 pm on the quarantine release date.

[signature] OWNER'S SIGNATURE

10/17/25 DATE

3424 / 3298 OFFICER'S BADGE NO.

**I AM THE OWNER OF THE ABOVE DESCRIBED ANIMAL AND WILL NOT REDEEM** this animal. I understand my animal may be euthanized after the quarantine period.

______________________ OWNER'S SIGNATURE

__________ DATE

______________________ OFFICER'S BADGE NO.

A882633
A25-375923

6556-082818-jc