# INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT

| Exhibit | Description | Previously Filed (Dkt.) |
|---|---|---|
| A | Declaration of Jennifer Evancho | n/a |
| B | Transcript of the audio recording of the November 24, 2025 hearing before the city court on the City's Petition and Order to Show Cause | 1-3 |
| C | City of Tucson Petition to Show Cause and Order to Show Cause filed by the City of Tucson in the City Court | 1-4 |
| D | November 24, 2025 Destruction Order | 1-5 |
| E | December 11, 2025 Destruction Order | 1-6 |
| F | July 6, 2026 Demand Letter sent on my behalf to the City Prosecutor | 1-7 |
| G | July 6, 2026 Demand to the Pima County Attorney | 1-8 |
| H | June 6, 2026 Memorandum issued by PACC Direct Steve Kozachik to the Pima County Board of Supervisors | 1-9 |
| I | June 9, 2026 letter from Clara Gastelum to the Pima County Board of Supervisors | 1-10 |
| J | Email correspondence exchanged between Christina Ponig and the City Prosecutor, Mari Worman | 1-11 |
| K | Excerpt of the Activity Report for Activity No. A25-375923-5 | 12-2 |
| L | Behavior Information for Snuggles, printed August 24, 2026 | 12-3 |
| M | Kennel Card for Snuggles | 12-4 |
| N | Vaccination record of Pegasus Veterinary Center included in the Pima County records | 12-5 |
| O | Pima Animal Care Center Medical History for Snuggles | 12-6 |
| P | Carbon Copy of Quarantine Transfer Agreement | 12-7 |