MICHAEL G. RANKIN, City Attorney
ALAN MERRITT, Criminal Deputy City Attorney
RONI BYRNE, Associate Prosecuting City Attorney
Criminal Division, P.O. Box 27210
Tucson, AZ 85726-7210
AZ State Bar No. 035291
Firm No. 197900
Email roni.byrne@tucsonaz.gov
(520) 791-4104

IN THE CITY COURT FOR THE CITY OF TUCSON

COUNTY OF PIMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Complainant,<br><br>vs.<br><br>JENNIFER EVANCHO,<br><br>Respondent. | PACC Activity Number A25-375923<br><br>DOCKET NO. LC25040922<br><br>**ORDER FOR OSC RE: FORFEITURE OF ANIMAL**<br><br>Judge Mayhew |

**IT IS HEREBY ORDERED,** that Jennifer Evancho appear before this Court on the 24 day of November, 2025, at 9 o'clock AM a.m./~~p.m.~~, at the Tucson City Court, 103 East Alameda, Tucson, Arizona, then and there to show cause, why the requested relief set forth in the Plaintiff's Complaint should not be granted.

DATED this 3 of ~~October~~ November 3, 2025

JUDGE OF THE CITY COURT
Mayhew

Copy mailed, e-mailed and/or delivered this 3
Day of ~~July 2024~~ Nov 2024, to:

Copy mailed/delivered this
3 day of ~~October~~ Nov, 2025 to:
Janet Altchuler, Esq.
4711 N. 1 Ave.
Tucson, AZ 85718

MICHAEL G. RANKIN, City Attorney
ALAN MERRITT, Criminal Deputy City Attorney
RONI BYRNE, Senior Assistant Prosecuting Attorney
Criminal Division, P.O. Box 27210
Tucson, AZ 85726-7210
AZ State Bar No. 035291
Firm No. 197900
Email: roni.byrne@tucsonaz.gov
(520) 791-4104

IN THE CITY COURT OF THE CITY OF TUCSON

COUNTY OF PIMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Complainant,<br><br>vs.<br><br>JENNIFER EVANCHO,<br><br>Respondent. | PACC Case Number a25-375923<br><br>Docket Number LC25040922.<br><br>**PETITION FOR ORDER TO SHOW CAUSE RE: ANIMAL FORFEITURE**<br><br>**(Judge** Mayhew**)** |

THE STATE OF ARIZONA, by and through the undersigned Senior Assistant Prosecuting City Attorney petitions this Court to order a hearing pursuant to T.C. § 4-11(a) at which time Jennifer Evancho shall appear and show cause why "Sgt. Snuggles," a brown-brindle-white intact male Anatolian Shepard dog should not be forfeited to the City enforcement agent.

In support of this petition, the State alleges as follows:

On October 7, 2025, Officers Mills and Estrella of Pima Animal Care Center (PACC) were alerted by Tucson Fire Department (TFD) to the vicinity of 8230 E. Woodland Rd., within the city limits of Tucson and the jurisdiction of this Court.

When they arrived, they learned that the victim, Ms. Clara Gastelum, a 68-year-old female, was transported to St. Joseph's Hospital for treatment.

The officers observed a large male brown brindle and white Anatolian Shepard dog walking the fence line within the property. The dog was quiet, alert and responsive (QAR) and had blood spots on his coat but no visible injuries.

The officers then met Jennifer Evancho, the owner of the dog and Ms. Gastelum's daughter. Jennifer explained that Sgt. Snuggles was on a tie out on the front patio because she was trying to keep Sgt. Snuggles away from her intact female Anatolian Shepard "Kioki" who was in heat at the time. Both dogs were intact.

Jennifer stated that although she did not see what happened, she thinks Sgt. Snuggles attacked Ms. Gastelum as she was walking past him to care for another ill dog Ms. Evancho owns. Ms. Evancho heard screaming. She ran out and stopped the attack. She said her mother sustained injuries to her head, left arm and groin area.

Officer Mills listened and viewed a "Ring" doorbell camera recording that lasted approximately 30 seconds in which she heard Ms. Gastelum yell for help and the dog attacking her. Ms. Gastelum is then seen on the footage running away from the lawn holding her head and Ms. Evancho yelling at Mr. Snuggles to stop.

Both PACC officers then relocated to the incident area and observed multiple spots of blood splatter on the patio. The patio was wet from someone hosing it down with water where the attack happened. There were several dog diapers on the patio and one dog diaper with a large portion of what appeared to be human hair attached to a piece of scalp (See exhibit 1).

Officer Mills then asked Ms. Evancho about the older dog on the property. Ms. Evancho stated he was a 15-year-old intact male Blue Merle Australian Shepard named "Rally." Rally was unable to walk due to spinal issues and arthritis. He is seen by a veterinarian on a regular basis and is on Prednisone at the moment.

Officer Mills educated Ms. Evancho on the illegality of tie outs under Tucson City Code and explained to her that Sgt. Snuggles must be bonded to PACC for a quarantine period. Ms. Evancho willingly assisted with Sgt. Snuggles' quarantine impoundment.

Officers Mills and Estrella relocated to St. Joseph's hospital to interview Ms. Gastelum. They observed Ms. Gastelum in a hospital bed. She was incoherent and her head was bandaged with only her eyes, nose and mouth exposed. Her left arm was bandaged as well. They were unable to interview her.

On October 10, 2025, PACC officer Cadena went to Ms. Gastelum residence to interview her. Ms. Gastelum confirmed the incident happened three days earlier at 8230 E. Woodland Rd. She said she was carrying the older dog, Rally, outside when she went by Sgt. Snuggles' tie- out. She petted him on the head as she had done many times before. On her way back to the house she petted Sgt. Snuggles on the head several times and called him a 'good boy.' Sgt. Snuggles then latched onto her left arm and bit her several times. He knocked her to the floor and began biting her head. She tried pushing him off by pulling the tie out away from her and was then able to run away from him. Ms. Evancho then came to her help and separated Sgt. Snuggles from her mother.

Ms. Gastelum told officers that she underwent plastic surgery since the incident on her scalp. She said she had many staples on her head, face, and scalp. She had stitches on her left arm and several deep puncture wounds. She had stitches in her right groin area. The groin area was one large laceration. Ms. Gastelum stated that she does not want to be near Sgt. Snuggles anymore and that she will not return to her daughter's house if Sgt. Snuggles were returned to Ms. Evancho. She expressed concern for the safety of Ms. Evancho's children if Sgt. Snuggles were

returned. Ms. Gastelum gave Officer Cadena permission to take photos of her injuries. (See a selection in Exhibit 2).

On October 13, 2025, Ms. Evancho came to PACC and met Sgt. Gagnon. The latter re-issued the Bond paperwork as the paperwork originally signed by Ms. Evancho was incorrect. Ms. Evancho was accompanied by animal behaviorist Dr. Vanya A. Moreno who vouched for the corrective action Ms. Evancho was looking to take should PACC release Sgt. Snuggles back to her custody. Sgt. Gagnon is expected to testify that during the meeting with Ms. Evancho, the latter made some statements which, based on her training and experience, Sgt. Gagnon found concerning.

Accordingly, Ms. Evancho was planning to have Sgt. Snuggles go through a partial *pulpectomy*. The State expects that one of PACC's veterinarians will provide expert testimony about the inhumane and unsafe procedure of removing or reducing healthy teeth in dogs. (See **Cutting, Reduction, or Removal of Healthy Teeth in Dogs** available at: https://www.canadianveterinarians.net/policy-and-outreach/position-statements/statements/cutting-reduction-or-removal-of-healthy-teeth-in-dogs/# (Last accessed on October 30, 2025 at 17:28. Admitted here as Exhibit 3).

The veterinarian is expected to testify that the process of removing healthy teeth in dogs is not a solution to biting and aggressive behaviors in dogs. It does not address the underlying cause of biting behavior.

The State hereby submits that because of Sgt. Snuggles' sudden unexplained and seemingly unprovoked aggressive behavior in addition to the imminent threat he poses to the public at large and Ms. Evancho's family specifically, Sgt. Snuggles should not be returned to Ms. Evancho. He is dangerous. Even though no previous incidents were reported, the State has serious concerns to the safety of the public and Ms. Evancho's family. Because the safety of the public is threatened

if Sgt. Snuggles is returned to Ms. Evancho. Under the Tucson City Code the appropriate remedy here is for Sgt. Snuggles to be forfeited by the city enforcement agent (PACC) to be humanely destroyed pursuant to T.C. § 4-11(f)(3).

Pursuant to T.C. § 4-11(a)(3) this Court must conduct a hearing not less than 15 days, no more than 20 working days after the Petition has been filed with Tucson City Court.

RESPECTFULLY SUBMITTED this 3 day of ~~October~~ Nov, 2025.

STATE OF ARIZONA

By ______________________

Roni Byrne Attorney for the State

Copy mailed/delivered this
3 day of ~~October~~, 2025 to:
Janet Altchuler, Esq. Nov
4711 N. 1 Ave.
Tucson, AZ 85718

# VERIFICATION

STATE OF ARIZONA )
) SS.
COUNTY OF PIMA )

Roni Byrne, being first duly sworn, verifies and says that she is a Senior Prosecuting City Attorney for the City of Tucson, Pima County, Arizona, that she has read the foregoing Petition, knows the content thereof, and that the allegations made therein are true to the best of her knowledge, information, and belief.

Roni Byrne
Attorney for the State

SUBSCRIBED AND SWORN before me this 31 day of October, 2025.

Joyce L Hardage
Notary Public

OFFICIAL SEAL
JOYCE L HARDAGE
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. #: 641677
My Comm. Exp: Jan. 15, 2027

MICHAEL G. RANKIN, City Attorney
ALAN MERRITT, Criminal Deputy City Attorney
RONI BYRNE, Senior Assistant Prosecuting City Attorney
Criminal Division, P.O. Box 27210
Tucson, AZ 85726-7210
AZ State Bar No. 035291
Firm No. 197900
Email: roni.byrne@tucsonaz.gov
(520) 791-4104

IN THE CITY COURT OF THE CITY OF TUCSON

COUNTY OF PIMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, Petitioner, vs. JENNIFER EVANCHO, Respondent. | **DISCLOSURE IN SUPPORT OF PETITION FOR ORDER TO SHOW CAUSE RE: ANIMAL FORFEITURE** **(Judge** Mayhew **)** |

In support of its Petition for Order to Show Cause Re: Animal Forfeiture in the foregoing matter, the State discloses the following:

Witnesses who may be called at a hearing on this matter include:

1. Officer Mills (3424)
   Pima Animal Care Center
   4000 N. Silverbell Rd.
   Tucson, AZ 85745
   (520) 724-5900

2. Investigator Estrella (3298)
   Pima Animal Care Center
   4000 N. Silverbell Rd.
   Tucson, AZ 85745
   (520) 724-5900

C20258606

3. Sgt. Gagnon (3276)
Pima Animal Care Center
4000 N. Silverbell Rd.
Tucson, AZ 85745
(520) 724-5900

4. PACC Veterinary Doctor
Name will be disclosed when hearing date is set.

Exhibits that may be used at a hearing on this matter include:

1. Pima Animal Care Center Investigation and Activity Reports.

2. Photographs.

3. PACC Business Records.

4. Impoundment and Bond Notice.

6. Tucson Fire Department Report.

Disclosure is available upon request.

RESPECTFULLY SUBMITTED this 31 day of October, 2025.

STATE OF ARIZONA

By ____________________
Attorney for the State

Copy mailed/delivered this
31 day of October, 2025 to:

Copy mailed/delivered this
31 day of October, 2025 to:
Janet Altchuler, Esq.
4711 N. 1 Ave.
Tucson, AZ 85718