# TUCSON CITY COURT

103 E ALAMEDA - P.O. Box 27210 - Tucson, Arizona 85725-7210 - Phone (520) 791-4216 tucsonaz.gov/courts

| | |
|---|---|
| **State of Arizona v.** JENNIFER EVANCHO | **Attorney:** J. Altschuler |
| **Docket Numbers:** LC25040922 | Interpreter: ☐ Defendant ☐ Victim<br>Language: Choose an item. |

## ORDERS OF THE COURT

Continuance requested by:
☐ State ☐ Defendant

The opposing party:
☐ objects ☐ does not object
☐ takes no position.

Continuance is ☐ granted ☐ denied.

Time is ☐ excluded ☐ included.

It IS ORDERED THAT
on Click or tap to enter a date. at
☐ Defendant ☐ Bond Poster ☐ Other:
Choose an item.
shall appear to show cause why:
☐ Arrest warrant should not issue.
☐ Default judgment should not issue.
☐ Bond should not forfeit.
☐ S/he should not be held in contempt.
☐ Petition to revoke should not be filed.

☐ **Issue Warrant (NCIC)**
☐ Set bond:
☐ Quash Warrant
☐ Order default
Defendant not appearing for:
☐ Pretrial
☐ COP
☐ Review
☐ Prob. Rev.
☐ OSC
☐

*Appear at the next hearing:*

| | |
|---|---|
| ☐ Pretrial | ☐ Evidentiary |
| ☐ COP | ☐ Bench Trial |
| ☐ Review | ☐ Sent. Review |
| ☐ NTR | ☐ Prob. Review |
| ☐ Video | ☐ Rest. Rev. |
| ☐ Motion | ☐ Restitution |
| ☐ Choose an item. | |

Date: Click or tap to enter a date.
Time:

**FOR:**
☐ Failure to appear in court this date.
☐ Failure to pay fine, restitution, and/or fees.
☐ Failure to show proofs (see below)
☐ Willful disobedience of court order, to wit: Choose an item.

☐ **Forfeit Bond/Deposit**
☐ Defendant
☐ Bond poster
not appearing

☐ Detain in custody until full satisfaction.
☐ Release Defendant
☐ **Transport Defendant**

**Present for State: R. Byrne** ☐ by Zoom; **Present for Defendant: J. Altschuler** ☐ by Zoom
**Defendant:** ☐ Present ☐ by Zoom; In custody: ☐ PCJ ☐ DOC ☐ Fed ☐ ICE ☐ Other; ☐ Presence waived ☐ FTA

An evidentiary hearing on the Order to Show Cause why Sgt. Snuggles should not be forfeited to the state was held. For the reasons stated on the record, the Court finds that the animal is a vicious animal pursuant to Tucson City Code 4-7, and orders that the animal be forfeited to the State for humane destruction pursuant to Tucson City Code 4-13.

The destruction of the animal is stayed pending Defendant's appeal.

To perfect the appeal, a bond of $3,600 and the appeal must be filed within 10 days.

I have received a copy of this Minute Entry.

Defendant

Address

City State Zip

Email

Phone:

☐ Pull for review by undersigned ____________
Date

November 24, 2025 [signature]
Date Hon. Mayhew
Tucson City Court Magistrate

**If you need to reach the Court, please email TCCCourtroom6@courts.az.gov.**

☒ File ☐ Attorney ☐ Defendant ☐ Prosecutor ☐ Probation ☐ Victim ☐ Other PR 11/24/25

Exhibit D
SLM