TUCSON CITY COURT
103 E. Alameda St. • P.O. Box 27210 • Tucson, Arizona 85726-7210 • Phone (520) 791-4216
Email TCCWeb@courts.az.gov • https://www.tucsonaz.gov/Departments/Tucson-City-Court

| STATE OF ARIZONA,<br>Plaintiff,<br><br>v.<br>JENNIFER EVANCHO,<br>Defendant. | CITY COURT CASE NUMBERS:<br>LC25040922 | MINUTE ENTRY & ORDER<br><br>December 11, 2025<br>☐ Amended<br><br>ATTORNEY: J. Altschuler |
|---|---|---|

## ORDER

Defendant, through counsel, filed a motion to extend the deadline to file an appeal and a motion to clarify the minute entry. The State filed a responding brief, and Defendant filed a reply brief.

At the order to show cause hearing held on November 24, 2025, following testimony, this Court made the following findings of fact and conclusions of law on the record:

1. Sergeant Snuggles falls within the category of a vicious or destructive animal pursuant to Tucson City Code § 4-7.
2. He has the propensity to destroy or cause damage.
3. He is an animal that bites, attempts to bite, or otherwise causes injury to human beings.
4. He was in a highly distressed situation.
5. The confluence of the tie-out with other dogs barking and coming on to the property, and his partner's heat, caused significant distress.
6. The defense expert was not able to give any guarantee about the ability to modify the behavior of the dog.
7. The victim was traumatized and had continuing and reasonable fears of returning to her daughter's home and for her grandchildren's safety should the dog be returned to the home.
8. Sergeant Snuggles is ordered to be surrendered to PACC for humane destruction.

The Court clarifies the November 24, 2025, Minute Entry as follows:

The Minute Entry erroneously referred to T.C.C. § 4-13. However, the State's motion was made pursuant to T.C.C. § 4-11. The correct code section based on the findings of fact is T.C.C. § 4-11(k). The Defense was correctly informed that the appeal needed to be perfected within 10 days of the decision. However, T.C.C. § 4-11(k) provides that the appeal "shall be by way of special action to the superior court," and is not filed in Tucson City Court.

This Minute Entry shall replace the Minute Entry dated November 24, 2025. The appeal must be perfected by way of special action in superior court within 10 days of today's date.

December 11, 2025
Date

Hon. S. Mayhew
Tucson City Court Magistrate

If you need to reach the Court, please email TCCCourtroom6@courts.az.gov.

☒ File ☐ Attorney ☒ Defendant ☒ Prosecutor ☐ CSM ☐ APO ☐ Victim ☐ Jail ☐ HD ☐ Other: slm



RECEIVED AS IS

EXHIBIT E