**Christina Ponig Maccio**

**From:** Christina Ponig Maccio
**Sent:** Tuesday, July 14, 2026 2:30 PM
**To:** Mari Worman
**Cc:** 'William Thomas'
**Subject:** RE: Evancho Appeal

Ms. Worman,

Having heard nothing from you in response, we want to clarify a point from your email, because a recurring theme from your side is that this process—one initiated by the City of Tucson—is entirely out of your hands and that nothing can be done because the matter now rests with the Court. We all know that is inaccurate.

If you or the City of Tucson need a framework for understanding this position, we would point you to Rule 60(b), Arizona Rules of Civil Procedure, under which trial courts permit parties to set aside a final judgment for settlement. *See Gonzales v. Nguyen*, 243 Ariz. 531 (2018). Rules 30 and 31, Arizona Rules of Appellate Procedure, likewise provide avenues for resolution. I raise this because we have heard PACC and members of the County Commission make the same claim you are making—that the matter is out of their hands—and that statement is simply not correct. In fact, it rests exclusively in yours.

Mr. Thomas and I can draft the documents to bring this matter to a close on mutually acceptable terms, and we can demonstrate that relief and settlement remain available, despite the City having pursued void orders against our client and destruction of a beloved family pet resting on no lawful basis whatsoever. It is misleading—whether or not intentionally—to represent that this is out of your hands when that characterization misstates the mechanisms actually available. Your client, through you, retains full control over this case, particularly by way of a stipulation the Court would very likely grant.

We would ask that you and your client stop asserting that resolution and settlement are beyond your control and that the case rests entirely with the courts. Yes, the courts have jurisdiction, and yes, they can enter a binding order — but they can also accept a settlement and end the case if the parties present one.

All rights reserved and waiver of none.

Regards,

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

**From:** Christina Ponig Maccio
**Sent:** Monday, July 13, 2026 4:19 PM
**To:** 'Mari Worman' <Mari.Worman@tucsonaz.gov>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** RE: Evancho Appeal

Ms. Worman,

Based on your email, we understand that the City of Tucson is refusing: (1) our demand that Snuggles be released due to the fact that the destruction orders procured by the City of Tucson are void as a matter of law and (2) our demand that the City of Tucson preserve all communications and relevant information with regard to this matter as specified in our demand letter. If our understanding is incorrect, please so advise so that we may properly inform the Courts of the City's position.

The matter is before the Superior Court, on order of revestment by the Court of Appeals. As you are likely aware, Ms. Evancho has moved to vacate the lawless and void destruction orders procured by the City of Tucson.

We will be requesting that the Court of Appeals enlarge the stay period to give the Superior Court the opportunity to rule on the matters before it. Please advise of the City's position with regard to that request.

Thank you,
Christina Ponig Maccio

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

**From:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Sent:** Monday, July 13, 2026 3:50 PM
**To:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** Re: Evancho Appeal

Ms. Ponig Maccio,

I have been advised by my superiors that we will not comply with your requests at this time as the matter is before the Court of Appeals and the animal is not in our custody.

Thanks for your time,
Mari Worman

---

**From:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Sent:** Sunday, July 12, 2026 8:23 PM
**To:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** Re: Evancho Appeal

Ms. Worman:

Mr. Thomas and I have not heard from you in response to our email exchange last week. This is a time-sensitive topic. Will there be an immediate follow-up from you or your office?

Thank you,
Christina Ponig Maccio

Christina P. Maccio

**FLETCHER | HELD**

808 Travis Street, Suite 1553

Houston, TX 77002

713-255-0422

cmaccio@fletcherheld.com

https://fletcherheld.com

Get Outlook for iOS

---

**From:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Sent:** Tuesday, July 7, 2026 12:30 AM
**To:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** RE: Evancho Appeal

Ms. Worman,

Thank you for your response.

As stated in the demand letter sent yesterday afternoon, we are requesting confirmation that Sergeant Snuggles will be released immediately and that the City will confirm its compliance with its litigation-hold and preservation obligations in writing by 5:00 p.m. on Wednesday, July 8, 2026.

Please advise as soon as possible whether the City intends to meet that deadline. If we do not receive a substantive response confirming release and preservation compliance by Wednesday at 5:00 p.m., we will proceed accordingly.

Regards,
Christina Ponig Maccio

Christina P. Maccio
FLETCHER | HELD
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

---

**From:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Sent:** Tuesday, July 7, 2026 12:25 AM
**To:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** RE: Evancho Appeal

Thank you.

As I mentioned, I am out of the office on vacation leave. When I return later in the week, I'll discuss it with my supervisors and get back to you.

Regards,
Mari Worman

---

**From:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Sent:** Monday, July 6, 2026 10:11 PM
**To:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Cc:** William Thomas <william.thomas@mhllp.com>
**Subject:** RE: Evancho Appeal

You don't often get email from cmaccio@fletcherheld.com. Learn why this is important

Greetings, Ms. Worman,

I am re-sending my email to you from earlier today – it is attached here. I am copying my Arizona counsel, Will Thomas, here, as I transmitted the email and letter on behalf of us both.

Thank you,
Christina

Christina P. Maccio
FLETCHER | HELD

808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

---

**From:** Mari Worman <Mari.Worman@tucsonaz.gov>
**Sent:** Monday, July 6, 2026 11:46 PM
**To:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Subject:** Evancho Appeal

Ms. Ponig,

Greetings.

I am writing to inquire about whether you sent me an email earlier today. I apologize but I am currently out of the office on vacation leave, so I am periodically checking my emails. I saw a notification come up that looked like an email from you, but I couldn't read it right away. By the time I came back to it, it disappeared from my email. I'm worried that I accidentally deleted it or something weird happened to it.

If you didn't mean to send it to me, no worries. If you did, then can you please resend it?

Thanks for your time,

Mari L. Worman
Principal Assistant Prosecuting City Attorney
Tucson City Attorney's Office, Criminal Division