Christina E. Ponig (*Admitted Pro Hac Vice*)
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
713-255-0422 (phone) / 713-255-0419 (fax)
cmaccio@fletcherheld.com
-and-
William B. Thomas (State Bar No. 039456)
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
713-337-5580 (phone) / 713-337-8850 (fax)
william.thomas@mhllp.com

Attorneys for Plaintiff Jennifer Evancho

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Jennifer Evancho,<br><br>Plaintiff,<br>vs.<br><br>City of Tucson, a municipal corporation; Pima County, a political subdivision of the State of Arizona; Jan Lesher, in her official capacity as Pima County Administrator; Steve Kozachik, in his official capacity as Director of Pima Animal Control Center; Does 1 through 10, in their individual and official capacities as Animal Control Officers, Supervisors, and employees of the City of Tucson and/or Pima County responsible for the seizure, detention, and threatened destruction of Sergeant Snuggles,<br><br>Defendants. | No. 4:26-cv-00363-RM<br><br>REPLY IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF AND MOTION FOR EXPEDITED CONSIDERATION<br><br>ORAL ARGUMENT REQUESTED |

Plaintiff Jennifer Evancho submits this Reply in support of her Application for Preliminary Injunctive Relief and Motion for Expedited Consideration as follows:

Plaintiff replies to Document 11. The County filed no evidence and no independent *Winter* argument. It joined Document 9. Plaintiff's reply of August 28 and supplement answer Document 9 and is the reply to the joinder. The County's incorporation of Document 10 is moot. Document 10 attacks a superseded complaint. The Application remains pending on the existing papers, the August 28 reply, the public records supplement, and the First

Amended Complaint. The County remains the custodian

DATED this 1st day of September 2026.

*/s/ Christina Ponig*
Christina E. Ponig *(Admitted Pro Hac Vice)*
FLETCHER HELD, PLLC
William B. Thomas
MCDOWELL HETHERINGTON, LLP
*Attorneys for Jennifer Evancho*

**CERTIFICATE OF SERVICE**

I certify that, on September 1, 2026, this Reply was served on counsel for the City of Tucson and Pima County through the Court's electronic filing service.

*/s/ Christina E. Ponig*
Christina Ponig