**EVANCHO v. CITY OF TUCSON, ET AL.**

**EXHIBITS TO DEFENDANT CITY OF TUCSON'S MOTION TO DISMISS**

| | |
|---|---|
| Exhibit 1 | LRCiv.12.1(c) Certificate of Consultation |
| Exhibit 2 | C20258606 Under Advisement Ruling |
| Exhibit 3 | Arizona Court of Appeals Case 2 CA-CV 2026-0137 Docket |