# EXHIBIT 1

J.C. Patrascioiu
CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1
Tucson, AZ 85701
(520) 884-7777
Fax (520) 620-0921
jcp@curllaw.com
PCC No. 65961, State Bar No. 24836
*Attorneys for Defendant City of Tucson*

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNIFER EVANCHO,<br><br>Plaintiff,<br>v.<br><br>CITY OF TUCSON, a municipal corporation; PIMA COUNTY, a political subdivision of the State of Arizona; JAN LESHER, in her official capacity as Pima County Administrator; STEVE KOZACHIK, in his official capacity as Director of Pima Animal Care Center; DOES 1 through 10, in their individual and official capacities as Animal Control Officers, Supervisors, and employees of the City of Tucson and/or Pima County responsible for the seizure, detention, and threatened destruction of Sergeant Snuggles,<br><br>Defendants. | CASE NO: 4:26-CV-00363-RM<br><br>**CITY OF TUCSON'S LRCiv 12.1(c) CERTIFICATE OF CONSULTATION**<br><br>Hon. Rosemary Marquez |

Counsel undersigned on behalf of Defendant City of Tucson advised the Court that they have conferred with William Thomas and Christina Ponig Maccio, Plaintiff's counsel, regarding potential challenges to Plaintiff's Complaint [Doc. 1] and Plaintiff's

**CURL, GLASSON & PATRASCIOIU, P.L.C.**
485 S. Main Ave., Bldg. 1, Tucson, AZ 85701
(520) 884-7777 ❖ Fax (520) 620-0921
www.curllaw.com

First Amended Complaint [Doc. 14], as required by LRCiv 12.1(c). Counsel undersigned conferred with Plaintiff in writing via email between August 31, 2026 and September 2, 2026, and the parties were unable to reach an agreement.

DATED: September 15, 2026

CURL, GLASSON & PATRASCIOIU, P.L.C.

By: /s/ *J.C. Patrascioiu*
J.C. Patrascioiu
*Attorneys for Defendant City of Tucson*

CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1, Tucson, AZ 85701
(520) 884-7777 Option 2 ❖ Fax (520) 620-0921
www.curllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William B. Thomas
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
william.thomas@mhllp.com
*Attorneys for Plaintiff*

Christina E. Ponig
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
cmaccio@fletcherheld.com
*Attorneys for Plaintiff*

Tyler Campman
Rebecca K. O'Brien
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Tyler.Campman@pcao.pima.gov
Rebecca.OBrien@pcao.pima.gov
*Attorneys for Pima County Defendants*

/s/ *SJP*

CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1, Tucson, AZ 85701
(520) 884-7777 Option 2 ❖ Fax (520) 620-0921
www.curllaw.com