# EXHIBIT 3

**2 CA-CV 2026-0137 JENNIFER EVANCHO v TUCSON CITY COURT AND MAGISTRATE SARAH MAYHEW**

**County: Pima**
**Cause Numbers: C20258606**

**Kyle A. Bryson**

**At Issue Number: 2026-06260**

| Party/Attorney Information | |
|---|---|
| **Party Information** | **Attorney Information** |
| JENNIFER EVANCHO<br>Plaintiff/Appellant | William Thomas<br>McDowell Hetherington LLP<br>Retained |
| MAGISTRATE SARAH MAYHEW<br>TUCSON CITY COURT<br>Defendants/Appellees | Mari Worman<br>TUCSON CITY ATTORNEY'S OFFICE<br>Appointed |

**Filings, Dues and Continuances**

| Document Type | Due Date | Document Title | Filing Date | Attorney/Firm | Type |
|---|---|---|---|---|---|
| Index of Record | | Index of Record | 04/17/2026 | | Filing |
| Record | | Notification of Electronic Record | 04/15/2026 | | Filing |
| Transmittal Letter | | Transmittal Letter | 04/17/2026 | | Filing |
| Motion for Extension to Transmit Record | | Motion to stay proceedings in the alternative motion to enlarge to submit opening brief | 06/15/2026 | Evancho, Jennifer | Filing |
| Response to Motion | | Appellees Response to Motion to Stay Proceedings and Enlarge Time | 06/16/2026 | Worman, Mari | Filing |
| Exhibit(s) | | EXHIBITS - 1 Audio Recording of OSC Hearing 11/24/2025 (Part of ROA 10) | 06/24/2026 | Worman, Mari | Filing |
| Reply | | REPLY | 06/18/2026 | Evancho, Jennifer | Filing |
| Motion to Amend | | APPELLEES STATES MOTION TO AMEND COURTS ORDER | 06/26/2026 | Worman, Mari | Filing |
| Notice of Appearance | | NoticeofAppearanceOfCounsel | 07/01/2026 | Thomas, William | Filing |
| Response to Motion | | AppellantResponsetoAppelleeMotiontoAmendCourtOrder | 07/01/2026 | Thomas, William | Filing |
| Notice of Status | | NoticeReStatusUpdate | 07/01/2026 | Thomas, William | Filing |
| Reply | | APPELLEES STATES REPLY TO APPELLANTS RESPONSE TO STATES MOTION TO AMEND COURTS ORDER | 07/06/2026 | Worman, Mari | Filing |

| | | | | | |
|---|---|---|---|---|---|
| Response to Motion | | APPELLEES STATES RESPONSE TO APPELLANTS MOTION TO ENLARGE STAY AND REVESTMENT PERIOD | 07/27/2026 | Worman, Mari | Filing |
| Motion to Extend Stay | | AppellantsMotionToEnlargeStayandRevestmentPeriod | 07/15/2026 | Thomas, William | Filing |
| Reply | | Appellants Reply in Support of Motion to Enlarge Stay and Revestment Period | 08/03/2026 | Thomas, William | Filing |
| Reply | 08/03/2026 | Reply to Motion to Enlarge Stay | 08/03/2026 | Thomas, William | Due |
| FILING FEE | 05/06/2026 | FILING FEE | 05/04/2026 | Evancho, Jennifer | Due |
| Status Report | 07/01/2026 | Status Report | 07/01/2026 | Thomas, William | Due |
| Reply | 06/23/2026 | Reply to motion to stay | 06/18/2026 | | Due |
| Response to Motion | 07/28/2026 | Response to Motion | 07/27/2026 | Worman, Mari | Due |
| Response to Motion | 07/13/2026 | Response to Motion to Amend Court's Order | 07/01/2026 | Thomas, William | Due |
| Reply | 07/09/2026 | Reply to Motion to Amend Court's Order | 07/06/2026 | Worman, Mari | Due |
| Response to Motion | 06/29/2026 | Response to Motion to Stay | 06/16/2026 | Worman, Mari | Due |
| Opening Brief | 10/19/2026 | Opening Brief | | Thomas, William | Due |

**Calendar and Agenda Information**

| OA Request Due | OA Filed | OA Request By | OA Request Result | OA Date | OA Time | OA Type |
|---|---|---|---|---|---|---|
| | | | | | | |

**Decision Information**

| Decision Type | Decision Date | Result Type |
|---|---|---|
| | | |

**Mandate**

| Mandate Date | Mandate Vacated Date |
|---|---|
| | |

**MR/PR Outcome**

| MR Outcome | MR Outcome Date | PR Outcome | PR Outcome Date |
|---|---|---|---|
| | | | |

**Proceedings**

| Type | Date | Proceeding |
|---|---|---|
| Receipts | 04/22/2026 | Appellee/Tucson City Court; No Filing Fee Required (Government Agency) |
| Receipts | 05/04/2026 | Appellant / JENNIFER EVANCHO $330.00; Receipt Number: 11105; Check Rec'd from: Robert Gastelum, Clara Gastelum for JENNIFER EVANCHO |
| Record | 04/15/2026 | Filed: Notification of Electronic Record. (Filed by Clerk, Pima County Superior Court) |
| Record | 04/17/2026 | Filed: Transmittal Letter. (Filed by Clerk, Pima County Superior Court ) |

| | | |
|---|---|---|
| Record | 06/24/2026 | Filed: EXHIBITS - 1 Audio Recording of OSC Hearing 11/24/2025 (Part of ROA 10). (Filed by Mari Worman) |
| All Other | 04/15/2026 | Filed: Index of Record, Transmittal Letter dated , Notice of Appeal dated 04/09/2026 and Minute Entry dated 03/26/2026. |
| All Other | 04/22/2026 | The Record on Appeal in the above-entitled cause was received in the Court of Appeals, Division Two, on April 15, 2026, from the Clerk of the Superior Court of Pima County, ORDERED: Appellant(s)' filing fee in the Court of Appeals, Division Two, is $330.00, payable on or before May 6, 2026, pursuant to A.R.S. 12-321 and 322. Fees must be paid in cash (exact change only) or check made payable to the Court of Appeals, and sent to 400 W. Congress, Room 200, Tucson, Arizona 85701. FURTHER ORDERED: IF APPELLANT(S)' FILING FEE IS NOT PAID WITHIN TEN DAYS OF THIS ORDER, THE CASE SHALL BE DISMISSED REGARDLESS OF ANY STAY THIS COURT ORDERS. NO FILINGS BY APPELLANT WILL BE ACCEPTED UNTIL THE APPELLANT'S FEE IS PAID. FURTHER ORDERED: Pursuant to Rule 15, Ariz. R. Civ. App. P., Appellant's Opening Brief shall be filed on or before June 22, 2026. FURTHER ORDERED: Appellee(s)' fee in the Court of Appeals, Division Two, is not required. FURTHER ORDERED: BRIEFS NOT IN COMPLIANCE WITH ARIZ. R. CIV. APP. P. 14 WILL BE STRICKEN. ***** Counsel should be aware that most briefs filed with the court are sent to Thomson Reuters and Lexis for inclusion in their brief bank services. Briefs in the following case types will NOT be sent: juvenile court cases; domestic relations cases; criminal cases involving sexual offenses or child abuse offenses; and mental health cases. In OTHER types of cases, if counsel prefer that a brief not be included in the brief bank services, they must contact: Thomson Reuters: Rachel Baumer, rachel.baumer@thomsonreuters.com Lexis: Korinne Pace, korinne.pace@lexisnexis.com Division Two's website (register to electronically file): http://www.appeals2.az.gov Once registered in the e-filing system, attorneys will receive electronic notifications from Division Two, including the decision. Self-represented litigants may choose to file electronically or may file at the court. Litigants using the e-filing system may not attach appendices in the e-filing system and must hyperlink citations to the electronic record on appeal. DATED: April 22, 2026 __________/s/__________________ Lisa V. Howell Judge Pro Tempore/Clerk of the Court |
| All Other | 06/15/2026 | Filed: Motion to stay proceedings in the alternative motion to enlarge to submit opening brief . (Filed by Jennifer Evancho) (e-filer) |
| All Other | 06/16/2026 | Filed: Appellees Response to Motion to Stay Proceedings and Enlarge Time. (Filed by Mari Worman) (e-filer) |
| All Other | 06/18/2026 | Filed: REPLY. (Filed by Jennifer Evancho) (e-filer) |
| All Other | 06/24/2026 | This court has reviewed the motion to stay proceedings filed June 15, 2026, the response thereto, and the reply. Pursuant to Rule 14, RPSA, a petitioner in a special action must provide the reviewing court with all documents from the lower court that will be needed to review the matter. In turn, on appeal from the superior court's ruling, this court can only consider those documents "filed in the superior court before including the effective date of the filing of a notice of appeal." Ariz. R. Civ. App. P. 11(a)(1). A party may, however, file a motion in this court to include additional transcripts of proceedings in the superior court at any time before the matter is at issue. Ariz. R. Civ. App. P. 11.1(d)(4). ORDERED: Insofar as the motion seeks to expand the record on appeal by including additional documents filed in the municipal court, but not included with the petition for special action, it is DENIED. FURTHER ORDERED: Appellant's request to include an additional transcript of the oral arguments in the superior court is granted. Appellant shall provide this court with a status update on or before July 1, 2026 as to the arrangements made for transcription. FURTHER ORDERED: The above-entitled appeal shall be stayed until July 24, 2026 in order for appellant to obtain and file the additional transcript. FURTHER ORDERED: Upon the filing of the transcript, this court will issue an order setting the due date for the opening brief, which will be 20 days after receipt. FURTHER ORDERED: During the pendency of the stay, jurisdiction of the above-entitled appeal will be revested in the superior court to allow the appellee to move the superior court, in its discretion, to amend its order setting the amount of the supersedeas bond in view of the stay and extension granted above. This |

| | | |
|---|---|---|
| | | court takes no position as to the appropriate amount of the bond. DATED: June 24, 2026 __________/s/__________________ Michael F. Kelly Presiding Judge |
| All Other | 06/26/2026 | Filed: APPELLEES STATES MOTION TO AMEND COURTS ORDER. (Filed by Mari Worman) (e-filer) |
| All Other | 07/01/2026 | Filed: NoticeofAppearanceOfCounsel. (Filed by William Thomas) (e-filer) |
| All Other | 07/01/2026 | Filed: AppellantResponsetoAppelleeMotiontoAmendCourtOrder. (Filed by William Thomas) (e-filer) |
| All Other | 07/01/2026 | Filed: NoticeReStatusUpdate. (Filed by William Thomas) (e-filer) |
| All Other | 07/06/2026 | Filed: APPELLEES STATES REPLY TO APPELLANTS RESPONSE TO STATES MOTION TO AMEND COURTS ORDER . (Filed by Mari Worman) (e-filer) |
| All Other | 07/15/2026 | Filed: AppellantsMotionToEnlargeStayandRevestmentPeriod. (Filed by William Thomas) (e-filer) |
| All Other | 07/27/2026 | On the Court's own motion, ORDERED: Stay of Appeal is extended to and including August 10, 2026. DATED: July 27, 2026 __________/s/__________________ Lisa V. Howell Judge Pro Tempore/Clerk of the Court |
| All Other | 07/27/2026 | Filed: APPELLEES STATES RESPONSE TO APPELLANTS MOTION TO ENLARGE STAY AND REVESTMENT PERIOD. (Filed by Mari Worman) (e-filer) |
| All Other | 08/03/2026 | Filed: Appellants Reply in Support of Motion to Enlarge Stay and Revestment Period. (Filed by William Thomas) (e-filer) |
| All Other | 08/19/2026 | Pursuant to APPELLEE'S STATES MOTION TO AMEND COURTS ORDER, Appellant Response to Appellee Motion to Amend Court Order, APPELLEE'S STATE'S REPLY TO APPELLANT'S RESPONSE TO STATES MOTION TO AMEND COURTS ORDER, Appellant's Motion To Enlarge Stay and Revestment Period, APPELLEE'S STATE'S RESPONSE TO APPELLANT'S MOTION TO ENLARGE STAY AND REVESTMENT PERIOD, Appellant's Reply in Support of Motion to Enlarge Stay and Revestment Period, ORDERED: The stay of appeal is vacated, jurisdiction is revested in this court, and the above-entitled appeal is reinstated. FURTHER ORDERED: Motion to Enlarge Stay and Revestment Period is DENIED. FURTHER ORDERED: Motion to Amend Court Order is DENIED. FURTHER ORDERED: Appellant's Opening Brief shall be due on or before October 19, 2026. ***** Counsel should be aware that most briefs filed with the court are sent to Thomson Reuters and Lexis for inclusion in their brief bank services. Briefs in the following case types will NOT be sent: juvenile court cases; domestic relations cases; criminal cases involving sexual offenses or child abuse offenses; and mental health cases. In OTHER types of cases, if counsel prefer that a brief not be included in the brief bank services, they must contact: Thomson Reuters: Rachel Baumer, rachel.baumer@thomsonreuters.com Lexis: Korinne Pace, korinne.pace@lexisnexis.com DATED: August 19, 2026 __________/s/__________________ Michael F. Kelly Presiding Judge |

**Disclaimer:** Court personnel have made every effort to ensure that the information provided at this web site is accurate and timely.
The court is not liable for any inaccuracy, misinterpretation, misuse, or disclosure to third parties of information available at this site.
email the Webmaster
Graphic Design by Equus-Webdesign