LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Tyler Campman, SBN 036416
Deputy County Attorney
Tyler.Campman@pcao.pima.gov
Rebecca K. O'Brien, SBN 021954
Deputy County Attorney
Rebecca.OBrien@pcao.pima.gov
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
*Attorneys for Defendant Pima County*

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Jennifer Evancho,

Plaintiff,

vs.

City of Tucson, et al.,

Defendants.

No. 4:26-cv-00363-RM

**PIMA COUNTY'S LRCiv 12.1(c) CERTIFICATE OF CONSULTATION**

Counsel undersigned on behalf of Defendant Pima County advises the Court that they have conferred with William Thomas and Christina Ponig Maccio, Plaintiff's counsel, regarding potential challenges to Plaintiff's First Amended Complaint [Doc. 14], as required by LRCiv 12.1(c). Counsel undersigned conferred with Plaintiff in writing via email on September 15, 2026, and the parties were unable to reach an agreement.

///

///

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

DATED September 15, 2026.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By/s/: *Tyler Campman*
Tyler Campman
Rebecca O'Brien
Deputy County Attorneys

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Additionally, a copy of the foregoing was mailed on this same date to the following recipient:

William B. Thomas
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, TX 77002
william.thomas@mhllp.com
Christina E. Ponig (Admitted Pro Hac Vice)
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
cmaccio@fletcherheld.com
*Attorneys for Plaintiff*

J.C. Patrascioiu
CURL, GLASSON & PATRASCIOIU, PLC
485 S. Main Ave., Bldg. 1
Tucson, AZ 85701
jcp@curllaw.com
*Attorneys for Defendant City of Tucson*

By: */s/Melanie Mosier*