EVANCHO V. CITY OF TUCSON, ET AL.

EXHIBITS TO PIMA COUNTY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

| | |
|---|---|
| Exhibit 1 | Petition for Special Action |
| Exhibit 2 | C20258606 Under Advisement Ruling |
| Exhibit 3 | C20258606 Notice of Appeal |
| Exhibit 4 | Arizona Court of Appeals Case 2 CA-CV 2026-0137 Docket |
| Exhibit 5 | Plaintiff/Petitioner's Motion to Vacate Destruction Order |