**Christina Ponig Maccio**

---

| | |
|---|---|
| **From:** | JC Patrascioiu <jcp@curllaw.com> |
| **Sent:** | Monday, August 31, 2026 9:46 AM |
| **To:** | Christina Ponig Maccio; william.thomas@mhllp.com |
| **Subject:** | RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM |

Good Morning Ms. Ponig and Mr. Thomas,

We never got a response from you regarding dismissal.

We did receive a reply you filed in which you indicated your intention to file an amended complaint. When will that be filed?

We look forward to hearing from you.

Regards,

J.C. Patrascioiu | Managing Partner
**CURL, GLASSON & PATRASCIOIU, P.L.C.**

485 S. Main Ave., Bldg. 1 Tucson, AZ 85701
520-884-7777 | 520-620-0921 Fax | jcp@curllaw.com
American Board of Trial Advocates

NOTICE: This electronic mail transmission may constitute an attorney-client communication and/or attorney work product that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error or if any attached document is not the one intended, please delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission.

---

**From:** JC Patrascioiu
**Sent:** Thursday, August 27, 2026 11:43 AM
**To:** 'Christina Ponig Maccio' <cmaccio@fletcherheld.com>; william.thomas@mhllp.com
**Subject:** RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

Hi Ms. Ponig and Mr. Thomas,

We failed to consult with you prior to filing a motion to dismiss on behalf of the City of Tucson. However, now that we have filed our motion to dismiss, you have the reasons we believe this matter should be dismissed. Indeed, we believe the reasons Pima County moved to dismiss also apply to the City of Tucson. Will you agree to dismissal?

We are happy to discuss further if you would like. We look forward to hearing from you.

Regards,

J.C. Patrascioiu | Managing Partner
**CURL, GLASSON & PATRASCIOIU, P.L.C.**

485 S. Main Ave., Bldg. 1 Tucson, AZ 85701
520-884-7777 | 520-620-0921 Fax | jcp@curllaw.com
American Board of Trial Advocates

NOTICE: This electronic mail transmission may constitute an attorney-client communication and/or attorney work product that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error or if any attached document is not the one intended, please delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission.

---

**From:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Sent:** Tuesday, August 25, 2026 4:58 PM
**To:** Melanie Mosier <Melanie.Mosier@pcao.pima.gov>; william.thomas@mhllp.com
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>; evanchotortclaimz7387789@pimacounty.filevinegov.com; JC Patrascioiu <jcp@curllaw.com>
**Subject:** RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

You don't often get email from cmaccio@fletcherheld.com. Learn why this is important

Thank you, Melanie. These are received. Electronic copies are fine for Plaintiff.

Best,
Christina

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

---

**From:** Melanie Mosier <Melanie.Mosier@pcao.pima.gov>
**Sent:** Tuesday, August 25, 2026 3:41 PM
**To:** william.thomas@mhllp.com; Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>; evanchotortclaimz7387789@pimacounty.filevinegov.com; jcp@curllaw.com
**Subject:** Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

Good afternoon,

I've attached Pima County's Motion to Dismiss [Doc. 10], Exhibit Index [Doc. 10-1] and corresponding Exhibits [Docs. 10-2 – 10-7] filed today in the above referenced case. Hard copies will not follow unless requested.

Thank you,

Melanie Mosier
Paralegal
Pima County Attorney's Office
520-724-8521
melanie.mosier@pcao.pima.gov

Confidential - Attorney/Client Privilege

NOTE: This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone at (520) 724-5700.

---

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**Christina Ponig Maccio**

| | |
|---|---|
| **From:** | Christina Ponig Maccio |
| **Sent:** | Wednesday, September 2, 2026 11:17 AM |
| **To:** | 'JC Patrascioiu'; 'Melanie Mosier'; 'william.thomas@mhllp.com' |
| **Cc:** | 'Tyler Campman'; 'Rebecca O'Brien'; 'evanchotortclaimz7387789 @pimacounty.filevinegov.com' |
| **Subject:** | RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM |

Dear Mr. Patrascioiu,

By now, you have received Plaintiff's First Amended Complaint, which incorporates the county's recently produced records, and Plaintiff's Notice of Filing. As we stated in the Notice of Filing, Plaintiff will not withdraw her Application and re-start a new round of motion practice, especially in light of the animal's deteriorating condition in Pima County's custody, which has come to light through the records produced by the County last week.

The Supplement includes records maintained by Pima County, produced on August 24, 2026 on a public-records request. Those same records, including the quarantine transfer agreement and the impoundment document, are now included with the verified First Amended Complaint filed September 1. A verified pleading may be treated as an affidavit for injunctive relief. Striking the supplement would not remove those facts from the PI record.

The City of Tucson designated Pima Animal Care Center as the place of custody of this animal. The information produced was maintained and created by Pima County in the performance of that function. The City may not treat those records as a surprise or as a basis to reopen an opposition that offered no evidence.

There is no new Fourth Amendment theory. The Application has always sought return of an effect taken without warrant and held without a continuing justification. The County's own documents are proof that it had and released on August 24.

The Application remains pending on the existing papers and the FAC. The City's opposition is submitted, and the County joined that opposition. Document 9 attached no declaration and no exhibit. Plaintiff does not agree to reopen that record so that the City and County may supply evidence that they did not file with their opposition. In light of the information about the animal's condition and his seizure and confinement that the County's records brought to light, we cannot and will not stipulate to withdraw the Application or to a new *Winter* cycle.

We served the supplement when the County produced the records. We did not understand that filing to be a discovery motion. We of course will abide by any further briefing or other direction that the Court may order.

Separately, a qualified third-party animal rescue in North Carolina is prepared to receive Snuggles now, place him under their liability policy, and is willing to provide his transport from Arizona to North Carolina.?This rescue made this same offer to a Pima County official in May 2026 but received no response.?Plaintiff remains willing to discuss written terms for that transfer.?The Application will stay



EXHIBIT 1

pending while those discussions occur, if they occur.?We believe counsel's time is better spent on that agreement for all involved, especially Plaintiff's family dog.?Nothing in that proposal, and no discussion of transfer terms, should be construed as a concession on the merits of the Application or the First Amended Complaint.?Plaintiff stands on both filings and reserves all rights.

Regards,
Christina

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

---

**From:** Christina Ponig Maccio
**Sent:** Monday, August 31, 2026 2:42 PM
**To:** JC Patrascioiu <jcp@curllaw.com>; Melanie Mosier <Melanie.Mosier@pcao.pima.gov>; william.thomas@mhllp.com
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>; evanchotortclaimz7387789@pimacounty.filevinegov.com
**Subject:** RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

Dear Mr. Patrascioiu,

We disagree with your characterization of our supplement or the reply. Moreover, the timing of the information contained in the supplement is due entirely to the decision of Pima County to belatedly respond to a public records request – quite conveniently on the day before it responded to Ms. Evancho's complaint. We also do not believe that Pima County could possibly claim surprise or prejudice as to the contents of those documents, given that these are Pima County's own records, which it sat on for months.

However, allow me to confer with my client and come back to you on your email below so that we can find a constructive path forward.

Regards.

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

**From:** JC Patrascioiu <jcp@curllaw.com>
**Sent:** Monday, August 31, 2026 1:32 PM
**To:** Christina Ponig Maccio <cmaccio@fletcherheld.com>; Melanie Mosier <Melanie.Mosier@pcao.pima.gov>; william.thomas@mhllp.com
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>; evanchotortclaimz7387789@pimacounty.filevinegov.com
**Subject:** RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

Hi Ms. Ponig,

We are in receipt of Plaintiff's reply in support of the application for a preliminary injunction, as well as the "supplement". We do not believe the supplement was authorized. It injects completely new information at the close of briefing, such that none of the defendants has an opportunity to respond. The reply also cites a completely new theory for an alleged violation of your client's Fourth Amendment rights. Indeed, the reply proposes that the application for a preliminary injunction be tethered to an amended complaint that has yet to be filed. Therefore, Defendant's cannot meaningfully respond.

In order to allow all parties to proceed understanding what the other parties are claiming/arguing, we propose that the application for preliminary injunction be withdrawn and the amended complaint be filed. Then, if your client still believes an application for a preliminary injunction is warranted, she can file a new application.

Please let us know if you agree to withdraw the application. If not, we will consider a motion to strike.

We look forward to hearing from you.

Regards,

J.C. Patrascioiu ?Managing Partner
**CURL, GLASSON & PATRASCIOIU, P.L.C.**

485 S. Main Ave., Bldg. 1 Tucson, AZ 85701
520-884-7777 ?20-620-0921 Fax ?/span>jcp@curllaw.com
American Board of Trial Advocates

NOTICE: This electronic mail transmission may constitute an attorney-client communication and/or attorney work product that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error or if any attached document is not the one intended, please delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission.

**From:** Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Sent:** Tuesday, August 25, 2026 4:58 PM
**To:** Melanie Mosier <Melanie.Mosier@pcao.pima.gov>; william.thomas@mhllp.com
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>;

evanchotortclaimz7387789@pimacounty.filevinegov.com; JC Patrascioiu <jcp@curllaw.com>
**Subject:** RE: Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

You don't often get email from cmaccio@fletcherheld.com. Learn why this is important

Thank you, Melanie. These are received. Electronic copies are fine for Plaintiff.

Best,
Christina

Christina P. Maccio
**FLETCHER | HELD**
808 Travis Street, Suite 1553
Houston, TX 77002
713-255-0422
cmaccio@fletcherheld.com
https://fletcherheld.com

---

**From:** Melanie Mosier <Melanie.Mosier@pcao.pima.gov>
**Sent:** Tuesday, August 25, 2026 3:41 PM
**To:** william.thomas@mhllp.com; Christina Ponig Maccio <cmaccio@fletcherheld.com>
**Cc:** Tyler Campman <Tyler.Campman@pcao.pima.gov>; Rebecca O'Brien <Rebecca.OBrien@pcao.pima.gov>; evanchotortclaimz7387789@pimacounty.filevinegov.com; jcp@curllaw.com
**Subject:** Evancho v. City of Tucson, et al., 4:26-cv-00363-RM

Good afternoon,

I've attached Pima County's Motion to Dismiss [Doc. 10], Exhibit Index [Doc. 10-1] and corresponding Exhibits [Docs. 10-2 – 10-7] filed today in the above referenced case. Hard copies will not follow unless requested.

Thank you,

Melanie Mosier
Paralegal
Pima County Attorney's Office
520-724-8521
melanie.mosier@pcao.pima.gov

Confidential - Attorney/Client Privilege

NOTE: This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone at (520) 724-5700.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.